# UNITED STATES DISTRICT COURT
for the

Western District of Virginia

CLERK'S OFFICE U.S. DIST. COURT
AT LYNCHBURG, VA
FILED
JUN 27 2008
JOHN F. CORCORAN, CLERK
BY: /s/ Deputy Clerk

| United States of America | ) | |
|---|---|---|
| v. | ) | |
| Steve Larshon Edmonds | ) | Case No: 4:01cr70042-01 |
| | ) | USM No: 03993-084 |
| Date of Previous Judgment: May 5, 2004 | ) | |
| (Use Date of Last Amended Judgment if Applicable) | ) | Defendant's Attorney |

**Order Regarding Motion for Sentence Reduction Pursuant to 18 U.S.C. § 3582(c)(2)**

Upon motion of ☒ the defendant ☐ the Director of the Bureau of Prisons ☐ the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion,

**IT IS ORDERED** that the motion is:
  ☐ DENIED.  ☒ GRANTED and the defendant's previously imposed sentence of imprisonment (as reflected in the last judgment issued) of ___240___ months **is reduced to** ___216*_months___.

**I. COURT DETERMINATION OF GUIDELINE RANGE** (Prior to Any Departures)
Previous Offense Level: ___32___    Amended Offense Level: ___30___
Criminal History Category: ___VI___    Criminal History Category: ___VI___
Previous Guideline Range: ___210___ to ___262___ months    Amended Guideline Range: ___168___ to ___210___ months

**II. SENTENCE RELATIVE TO AMENDED GUIDELINE RANGE**
☐ The reduced sentence is within the amended guideline range.
☒ The previous term of imprisonment imposed was less than the guideline range applicable to the defendant at the time of sentencing as a result of a departure or Rule 35 reduction, and the reduced sentence is comparably less than the amended guideline range.
☐ Other (explain):

**III. ADDITIONAL COMMENTS**

*This term consists of 96 months as to each of Counts 1, 3, 5, 6, and 8 to be served concurrently with each other and a term of 60 months on each of Counts 4 and 7 to run consecutively to each other and to Counts 1, 3, 5, 6, and 8.

Except as provided above, all provisions of the judgment dated ___5/5/2004___ shall remain in effect.
**IT IS SO ORDERED.**

Order Date: June 27, 2008

_/s/ Norman K. Moon_
Judge's signature

Effective Date: _____
(if different from order date)

Norman K. Moon, United States District Judge
Printed name and title